FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 2 1 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | SA 11-133 M |
| Steven Karlton Kop v. | |
| DEFENDANT(S) | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of ___def___, IT IS ORDERED that a detention hearing is set for ___Tuesday March 22 2011___, at ___2:00___ ☐ a.m. / ☒ p.m. before the Honorable ___Robert N Block___, in Courtroom ___6 B___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___3/21/11___        _____
                            U.S. District Judge/Magistrate Judge